UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, | ) ) ) ) | Case No. 24-4542 |
| Plaintiff, | ) | |
| v. | ) ) | |
| RED STAR PROGRESSIVE INC. and IVAN DURDEVIC, | ) ) ) | |
| Defendants. | ) ) | |

**NOTIFICATION AS TO AFFILIATES / CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC identifies its affiliates as follows:

PNC Bank is a national banking association and is an indirect subsidiary of The PNC Financial Services Group, Inc. The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange.

Dated: May 29, 2024

                                   PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC Equipment Finance, LLC,

                     By:    /s/ C. Randall Woolley_____
                                    C. Randall Woolley
                                    Darcy & Devassy PC
                                    444 N. Michigan Ave, Suite 3270
                                    Chicago, IL 60611
                                    Tel: (312) 784-2400
                                    Fax; (312) 784-2410
                                    rwoolley@darcydevassy.com